Deborah A. ROSELL, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 06–3139.

United States Court of Appeals, Federal Circuit.

March 22, 2006.

ORDER

Petitioner having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

CITIZENS FEDERAL BANK and CSF Holdings, Inc., Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

Nos. 2005–5173, 2006–5006.

United States Court of Appeals, Federal Circuit.

March 23, 2006.

*ORDER*

Upon consideration of the unopposed motion of Citizens Federal Bank et al. to voluntarily dismiss appeal 2006–5006, from the judgment of the Court of Federal Claims in case no. 92–CV–656,

IT IS ORDERED THAT:

(1) The motion is granted. Each side shall bear its own costs in appeal 2006–5006.

(2) The revised official captions are reflected above.

(3) The United States' reply brief is due within 30 days of the date of filing of this order.